IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FERRIEL RHODES,

    Plaintiff,

vs.                                CASE NO.: 4:05cv363-SPM/AK

MCKENZIE TANK LINES, INC.,

    Defendant.

_____/

**ORDER DIRECTING CORPORATE PARTIES
TO FILE DISCLOSURE STATEMENT**

To date, no corporate party has filed a disclosure statement as required by Federal Rule of Civil Procedure 7.1 and paragraph 13 of the Initial Scheduling Order (doc. 5). Accordingly, it is

ORDERED AND ADJUDGED:

1. On or before February 7, 2006, each corporate party shall file a disclosure statement or file a written statement of good cause for its refusal to do so.

2. Failure to file a disclosure statement or written statement of good cause may result in the entry of default or other sanctions.

DONE AND ORDERED this 2nd day of February, 2006.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge